Kate J. Collins, Respondent, v. Anderson Fowler, Appellant.—Appeal from a judgment of the General Term of the City Court of the city of New York, affirming a judgment in favor of plaintiff, entered upon the report of a referee. Weiser & Bridges (Rastus S. Ransom & Henry W. Bridges, of counsel), for appellant; Howe & Hummel, for respondent. The judgment appealed from should be affirmed, with costs. No opinion.